E-FILED
Friday, 30 October, 2020  02:34:58 PM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Kyanna Nicole Reignz                    )
                                        )
          Plaintiff                     )
                                        )
     vs.                                )        Case No. _____
                                        )        *(The case number will be assigned by the clerk)*
John Baldwin, Teri Kennedy             )
Susanne Prentice,                      )
LT Whitecotton, C/o Torrez            )
John Doe #1, Grievance                 )
Officer S. Simpson                     )
                                        )
_____                )
                                        )
_____,               )
                                        )
          Defendant(s)                  )

*(List the full name of ALL plaintiffs and defendants in the caption above.  If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known.  This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).  However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims.  Many prisoners' legal claims arise from other federal laws.  Your particular claim may be based on different or additional sources of federal law.  You may adapt this form to your claim or draft your own complaint.*

☒   42 U.S.C. §1983 (state, county or municipal defendants)

☐   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐   Other federal law: _____

☐   Unknown _____

## I. FEDERAL JURISDICTION

_____

*Please refer to the instructions when filling out this complaint.  Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint.  This is not the form to file a habeas corpus petition.*

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Kijanna Nicole Reignz

Prison Identification Number: M-020886

Current address: 1300 W. Locust St.

Canton IL 61520

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: John Baldwin

Current Job Title: Former Acting Director of I.D.O.C

Current Work Address N/A

Defendant #2:

Full Name: Teri . Kennedy

Current Job Title: Chief Admin Officer Pontiac

Current Work Address 700 W. Lincoln St

Pontiac IL 61764

Defendant #3:

Full Name: Susanne Prentice

Current Job Title: Major

2

Current Work Address _700 W. Lincoln St_
_Pontiac IL 61764_

Defendant #4:

Full Name: _Whitecotton_

Current Job Title: _Internal Affairs L_

Current Work Address _700 W. Lincoln st_
_Pontiac IL 61764_

Defendant #5:

Full Name: _Torrez_

Current Job Title: _Intel Correctional officer_

Current Work Address _700 W Lincoln St_
_Pontiac IL 61764_

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?          Yes ☐          No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐          No ☒

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

1.  Name of Case, Court and Docket Number

_____

2.  Basic claim made  _____

3.  Disposition (That is, how did the case end?  Was the case dismissed?  Was it appealed?  Is it still

pending?)  _____


*For additional cases, provide the above information in the same format on a separate page.*


## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A.  Is there a grievance procedure available at your institution?  Yes  ☒    No  ☐

B.  Have you filed a grievance concerning the facts relating to this complaint?

       Yes  ☒    No  ☐

If your answer is no, explain why not  _____

_____

C.  Is the grievance process completed?  Yes  ☒    No  ☐


## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Pontiac Correctional Center

4

Date(s) of the occurrence 10·31·2018 ¶ 12·3·2018

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

On October 31, 2018, I  Ky'anna Nicole Reignz (Harris) I.D.O.C # M-02086 an Openly LGBTQ+ person was Violently Assaulted by multiple members of the Gangster Disciple Security Threat Group Due not only to being a Transgender Woman but to my privious housing in Protective Custody as a result of my past Affiliation with the Gangster Disciples who do not allow LGBTQ+ people to be members. On the Day(s) in Question I was housed at Pontiac Correctional Center where the defendants were very aware of my Status as Transgender as well as my former Placement in Protective Custody. Due to an IDOC practice that should a person in Protective Custody go to Segregation longer than Thirty (30) days their Protective Custody Status is Revoked I was placed on a Recreation Yard with no less than Three (3) Gangster Disciples who began to Violently Attack me by means of "Jumping" All three Assailents repeatedly punched me in my face head and Back causing my Eyebrow to be split my nose to bleed profusely and multiple lacerations in my mouth to bleed and severe

Bruising along my Neck and back. Once removed from the recreation yard by S.O.R.T members, Defendants Whitecotten and Torrez proceeded to to ask me "what did I do to them" and "why did that happen?" I politely told the defendants that I didn't do anything and had they done they job it wouldn't have happened. I was subsequently written an O.D.R and presented to the Adjustment Committee and the matter was dropped due to the Camera showing I had no opportunity to fight back. I spoke to the C.A.O Warden Teri Kennedy and Major Susanne Prentice following the assault on 10.31.18 and again informed them of my increased Risk of assault and was assured that steps would be take to ensure my safety from that point on. On November 6th 2018 I filed Grievance # 0752169 for "Staff misconduct" and "Other: Internal affairs Failure to Protect" stating that I.A./Intel knew of both my being at risk for being Transgender and my former P.C. Status thus my increased likelyhood for violent assault. I was given a response on Nov. 8, 2018 from S. Simpson that informed me to address my concerns with I.A. when my grievance was against I.A.. That night I placed my grievance in a Prestamped Sealed envelope to the A.R.B and placed in in the institutional mail via Defendant John Doe. On Dec. 3, 2018 I was once again Assaulted by multiple offenders while on the Segregation Recreation Yard. While Assaulting me my assailents where screamin

6

Defeming and Derogatory names such as fag, chump
Sissy, and Snitch intandem with their punches. I
was once again macod pulled off the Ward by
SORT and Questioned By Intel with which I
Cooperated. I was later appraced by members of
Various security Threat groups and Told if I
didn't Say I and my Assailants were horseplaying
they would Stab me next time but should I
Cover up for them I would be "offered" a "Blanket
of Protection" from the Security Threat Groups
Leaders. Due to IDOC allowing me to come
to Harm twice already I willingly accepted
the offer. On May 1st 2020 I learned my grivance
#0752109 never Reached the A.R.B so on may 5 2020
I Resent a Copy to ensure my exaustion even
though the Deadline had expired due to no fault
of my own

RELIEF REQUESTED

(State what relief you want from the court.)

Punitive, Injunctive and Compensatory Releif

7

I would like to see all my Assailants formerly Charged and Defendants held accountable. A Transfer To Logan Correctional Center and Gender confirming Surgeries and monetary Compensation for my Injuries physical and mental

JURY DEMAND          Yes ☒          No ☐

Signed this ___30___ day of __October__ , 20 _20_ .

_____
( Signature of Plaintiff)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| Kyanna Nicole Reignz | M020586 |
| Address: 1300 W. Locust st<br>PO Box 999<br>Canton IL 61520 | Telephone Number: |